USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/09

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

THOMAS LINDSAY and MARGARET LINDSAY, his wife,

      Plaintiffs,

vs.

C.R. BARD, INC., a New Jersey corporation, and BARD PERIPHERAL VASCULAR, INC., (a subsidiary and/or division of defendant C.R. BARD, INC.) an Arizona corporation,

      Defendants.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

09-CV-5475

Upon the motion of ELLEN RELKIN, attorney for Plaintiffs, Thomas Lindsay and Margaret Lindsay, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED that**

| | |
|---|---|
| Applicant's Name: | JACK D. DAVIS, II |
| Firm Name: | Davis Law Offices, LLC |
| Address: | 319 East Madison, Suite 3K |
| City/State/Zip: | Springfield, Illinois 62701 |
| Phone/Fax Number: | 866-959-8844; (217) 679-0401 |
| Email Address: | jdd@jackdavislaw.com |

is admitted to practice *pro hac vice* as counsel for Plaintiffs, Thomas Lindsay and Margaret Lindsay in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action is assigned to the Electronic Case Filing (ECF) system, thus counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: August 19, 2009
New York, New York

SO ORDERED:

SIDNEY H. STEIN, USDJ