USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/09

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

THOMAS LINDSAY and MARGARET )
LINDSAY, his wife, )
 )
               Plaintiffs, )    **ORDER FOR ADMISSION**
vs. )    ***PRO HAC VICE***
 )    **ON ORAL MOTION**
C.R. BARD, INC., a New Jersey corporation, )
and BARD PERIPHERAL VASCULAR, )    09-CV-5475
INC., (a subsidiary and/or division of )
defendant C.R. BARD, INC.) an Arizona )
corporation, )
 )
               Defendants.

      Upon the motion of ELLEN RELKIN, attorney for Plaintiffs, Thomas Lindsay and Margaret Lindsay, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED that**

| | |
|---|---|
| Applicant's Name: | R. DEAN HARTLEY |
| Firm Name: | Hartley & O'Brien |
| Address: | 2001 Main Street, Suite 600 |
| City/State/Zip: | Wheeling, West Virginia 26003 |
| Phone/Fax Number: | 304-233-0777; 304-233-0774 |
| Email Address: | dhartley@hartleyobrien.com |

is admitted to practice *pro hac vice* as counsel for Plaintiffs, Thomas Lindsay and Margaret Lindsay in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action is assigned to the Electronic Case Filing (ECF) system, thus counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: August 19, 2009
New York, New York

SO ORDERED:

SIDNEY H. STEIN, USDJ

1