```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

THOMAS LINDSAY and MARGARET LINDSAY,　　　　　　　　　:　　09 Civ. 5475 (SHS)

　　　　　　　　Plaintiffs,　　　:

　　-against-　　　　　　　　　　:　　ORDER

C.R. BARD, INC., and BARD PHERIPHERAL VASCULAR, INC.,　　　:

　　　　　　　　Defendants.　　:

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

　　　　A pretrial conference having been held today, with counsel for all parties present either in person or by telephone,

　　　　IT IS HEREBY ORDERED that the next pretrial conference is scheduled for June 1, 2010, at 9:30 a.m.

Dated: New York, New York
　　　　November 13, 2009

　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Sidney H. Stein, U.S.D.J.